# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: **CRITSIA NAIOMY RODRIGUEZ GONZALEZ**<br>SSN xxx-xx-2045<br><br>Debtor(s) | CASE NO: **19-00692-BKT**<br><br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **02/11/2019**　　　　　　　　First Meeting Date: **03/21/2019 at 8:00AM**

Days From Petition Date: **38**　　　　　　　　　　341 Meeting Date: **03/21/2019 at 8:00AM**

910 Days Before Petition: **08/15/2016**　　　　　Confirmation Hearing Date: **04/12/2019 at 2:30PM**

Chapter 13 Plan Date: **02/11/2019** ☐ Amended　Plan Base: **$14,700.00**　Plan Docket #**3**

This is Debtor(s) 1st Bankruptcy petition.　　　　This is the 1st scheduled meeting.

Payment(s) ☐ Received or ☑ Evidence shown at meeting:　　Total Paid In: **$0.00**

Check/MO# MO 6839

Date: 03/18/19　Amount: $ 245

*APPEREANCES:　☐ Telephone　☐ Video Conference

Debtor: ☑ Present ☐ Absent ☐ ID & Soc. OK　　Joint Debtor: ☐ Present ☐ Absent　☐ ID & Soc. OK

☑ Examined　　☐ Not Examined under Oath　　☐ Examined　　☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present ☑ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☑ Creditor(s) Present　　　　☐ None

M. Rivera, BPPR

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**　Paid Pre-Petition: **$132.00**　Outstanding (Through the Plan): **$2,868.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☑ Under Median Income 36 months　☐ Above Median Income 60 months §1325(b)(1)(B)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Projected Disposable Income: $ _____

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ 4712     Estimated Priority Debt: $ 0.00

If the estate were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $4,712.00

The Trustee:   ☐ NOT OBJECTS   ☒ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: ____ %

§341 Meeting   ☐ CONTINUED   ☐ NOT HELD   ☒ CLOSED   ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]

Debtor has failed to submit child support income evidence.

[1325(a)(6)] Insufficiently Funded – Plan funding insufficient to comply with plan scheduled distribution or no sufficient information to determine it.

The minimum base needed totals approximately $17,800.00

*OTHER COMMENTS / OBJECTIONS

NONE

---

/s/ Jose R. Carrion, Esq.           Meeting Date: Mar 21, 2019
    Trustee

Clerk: Marayda Rivera Ext. 232

Last Docket Verified: 10    Last Claim Verified: 3