IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-00692-BKT13 |
| CRITSIA NAIOMY RODRIGUEZ GONZALEZ | Chapter 13 |
| Debtor | |
| BANCO POPULAR DE PUERTO RICO | |
| Movant | |
| CRITSIA NAIOMY RODRIGUEZ GONZALEZ | |
| Respondent | FILED & ENTERED ON JUL/01/2019 |

ORDER

Upon respondent's failure to timely reply and oppose the Motion for Relief of Stay filed by Banco Popular de Puerto Rico, as required by Rule 4001 of the Federal Rules of Bankruptcy Procedure and P.R. LBR 4001-1(e), it is now,

ORDERED that the Motion for Relief of Stay filed by Banco Popular de Puerto Rico, docket #21, be and is hereby granted by default. The hearing scheduled for July 9, 2019 at 9:00 A.M. is hereby VACATED and SET ASIDE.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 1 day of July, 2019.

Brian K. Tester
United States Bankruptcy Judge